No. 90–5623. WALTON v. FOX. Ct. App. Ohio, Wyandot County. Certiorari denied.

No. 90–5632. MCCOLPIN v. STEPHAN. C. A. 10th Cir. Certiorari denied.

No. 90–5636. FLEMING v. MCCOTTER ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–5637. FEIMSTER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5639. EVANS v. SIX UNKNOWN FEDERAL PRISON GUARDS. C. A. 7th Cir. Certiorari denied.

No. 90–5640. CRUICKSHANK v. BLEVINS. Ct. App. Mich. Certiorari denied.

No. 90–5648. SMOOT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–5650. SULLIVAN v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 90–5651. RODERICK v. MAIN-LAND DEVELOPMENT CONSULTANTS, INC. Super. Ct. Me., Oxford County. Certiorari denied.

No. 90–5653. ROSSMAN, AKA TEDDERS v. ROSSMAN. Ct. App. Mich. Certiorari denied.

No. 90–5655. MCKENZIE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–5656. HOLSEY v. GREEN, WARDEN, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 90–5657. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5658. PERRY v. DUKE ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5660. WATTS v. CULLINANE ET AL. C. A. 4th Cir. Certiorari denied.